U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUN 22 A 11: 19

CLERK

BY _____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF VERMONT

|  |  |
|---|---|
| Amilcar De Jesus Mejia Lopez - Main Applicant )<br><br>Suly Esmeralda Gonzales Alarcon - Derivative )<br><br>Plaintiffs )<br><br>v. )<br><br>Kristi Noem, in her capacity as Secretary )<br>for the United States Department of )<br>Homeland Security; )<br><br>Joseph E. Edlow, in his official )<br>capacity as Director, U.S. Citizenship and )<br>Immigration Services, )<br><br>Pamela Bondi, in her official capacity as )<br>the Attorney General of the United States )<br><br>Defendants. ) | Case No. 2:26-cv-66 |

## ORDER

IT IS ORDERED THAT the petition for habeas corpus is hereby dismissed in the above described action

SO ORDERED on this, the 22nd day of June, 2026.

Geoffrey W. Crawford
US District Court Judge